## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| REBECCA HILL | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 2:21-cv-2214-GEB |
| PRESTIGE WORLDWIDE LEGENDS LLC, | ) | |
| d/b/a NISSAN OF LEGENDS, | ) | |
| a/k/a PRESTIGE NISSAN | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff, Rebecca Hill, and the defendant, Prestige Worldwide Legends LLC d/b/a Nissan of Legends, a/k/a Prestige Nissan, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned lawsuit with prejudice, with each party to bear their own costs and expenses associated with this litigation.

Respectfully Submitted:

**BEAM-WARD, KRUSE, WILSON**
**& FLETES, LLC**

By: */s/Jessica Lile*_____
    Richard S. Fisk, KS 23713
    Jessica G. Lile, KS 28404
    8645 College Blvd., Ste. 250
    Overland Park, KS 66210
    (913) 339-6888; (913) 339-9653 (f)
    rfisk@bkwflaw.com
    jlile@bkwflaw.com
    **Attorneys for Plaintiff**

**WALLACE SAUNDERS, CHARTERED**

By: */s/Marty Jackson*_____
    Marty T. Jackson, KS 14188
    10111 W. 87th St.
    Overland Park, KS 66212
    (913) 888-1000; (913) 888-1065 (f)
    mjackson@wallacesaunders.com
    **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was filed with the Clerk of the Court using the CM/ECF System which generated notice to all counsel of record on this 2nd day of May 2022, including:

Marty T. Jackson
WALLACE SAUNDERS, CHARTERED
10111 W. 87th St.
Overland Park, KS 66212
(913) 888-1000; (913) 888-1065 (fax)
mjackson@wallacesaunders.com
**Attorneys for Defendant**

*/s/ Jessica G. Lile*
JESSICA G. LILE, KS #28404